| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JAIME LOPEZ-PAEZ, | ) | |
| | ) | No. C 09-3879 PVT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **[PROPOSED] ORDER** |
| ROBERT MUELLER, III, Director, Federal | ) | |
| Bureau of Investigation; | ) | |
| ERIC H. HOLDER, JR., United States | ) | |
| Attorney General; | ) | |
| JANET NAPOLITANO, Secretary, | ) | |
| Department of Homeland Security ("DHS"); | ) | |
| ALEJANDRO MAYORKAS, Director, U.S. | ) | |
| Citizenship and Immigration Services (USCIS); | ) | |
| ROSEMARY MELVILLE, District Director, | ) | |
| USCIS; | ) | |
| CAROL L. KELLER, San Jose Field Office | ) | |
| Director, USCIS, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff I-130 application.

///

///

Stipulation to Dismiss
C09-3879 PVT                                                    1

1 | Each of the parties shall bear their own costs and fees.

2

3 | Dated: September 11, 2009           Respectfully submitted,

4 |                                      JOSEPH P. RUSSONIELLO
                                         United States Attorney
5

6

7 |                                      _____/s/_____
                                         ILA C. DEISS[1]
                                         Assistant United States Attorney
8                                        Attorney for Defendants

9

10 | Dated: September 11, 2009           _____/s/_____
                                         DINA M. SOKHN
11                                       Attorney for Plaintiff

12

13

14 |                          **ORDER**

15 | Pursuant to stipulation, IT IS SO ORDERED.

16

17 | DATED:   10/9/09                    _____
                                         PATRICIA V. TRUMBULL
18                                       United States Magistrate Judge

19

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C09-3879 PVT                              2